JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF JOTENA CARTER, ET AL., <br><br> Plaintiff, <br><br> v. <br><br> CAMBRIDGE SIERRA HOLDINGS, LLC, ET AL., <br><br> Defendant(s). | Case No. EDCV 21-1428-KK-SPx <br><br> JUDGMENT |

Pursuant to the Order Granting Defendant's Motion for Summary Judgment,

IT IS HEREBY ADJUDGED that judgment is entered in favor of Defendant Cambridge Sierra Holdings, LLC, and against Plaintiffs Estate of Jotena Carter, Robbi Carter, Traci Scott, and Stephen Carter. This action is DISMISSED WITH PREJUDICE.

Dated:  April 19. 2024

_____
HONORABLE KENLY KIYA KATO
United States District Judge